FRANK MOSES et al., as Trustees under the Will of BENJAMIN ADRIANCE, Deceased, Respondents, *v.* GUARANTEED MORTGAGE COMPANY OF NEW YORK, Appellant.

(Argued February 27, 1934; decided March 20, 1934.)

*Raphael H. Weissman* and *David L. Weissman* for appellant.

*Theodore Kiendl, Noel T. Dowling* and *Edwin F. Blair* for Superintendent of Banks et al., *amici curiæ.*

*A. A. Berle, Jr., Rudolf P. Berle* and *Winthrop H. Kellogg* for Savings Banks Trust Company et al., *amici curiæ.*

*Arleigh Pelham* and *Arthur G. Donnelly* for respondents.

Judgment reversed and order of Special Term denying motion for judgment on the pleadings affirmed, without costs. (*Matter of People* [*Title & Mortgage Guarantee Co. of Buffalo*], 264 N. Y. 69.) No opinion. (See 264 N. Y. 601.)

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.